UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Tel: (856)751-4224
Fax: (888)635-5933
Attorneys for Debtor

**Order Filed on November 17, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

TABATHA D. CREAM

Case Number: 18-25055

Hearing Date: 11/17/2020 @ 9:00 a.m.

Judge: Michael B. Kaplan

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 17, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____Tabatha Cream_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to all creditors served with the motion as of the date of this order, except those previously granted stay relief.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev. 5/1/19*