| | |
|---|---|
| DISTRICT OF NEW JERSEY<br>UNITED STATES BANKRUPTCY COURT<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>SCHILLER, KNAPP, LEFKOWITZ<br>& HERTZEL LLP<br>716 Newman Springs Road, Suite 372<br>Lincroft, New Jersey  07738<br>(518) 786-9069<br>Richard Gerbino, Esq. (ID #057351993)<br>Attorneys for Creditor M&T Bank, servicing agent for<br>Lakeview Loan Servicing, LLC | Order Filed on June 9, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

In Re:

Tabatha D. Cream
  a/k/a Tabatha D. Washington,

                Debtors.

Case No.:  18-25055-mbk

Hearing Date:  6/9/2021 @ 9:00 a.m.

Judge:  Hon. Michael B. Kaplan

Chapter: 13

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: June 9, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Tabatha D. Cream
Case No.: 18-25055-MBK
Caption of Order:  **Order Vacating Automatic Stay**

---

Upon the motion of Creditor, Lakeview Loan Servicing, LLC by its servicing agent M&T Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **11 Tinker Place, Willingboro, New Jersey  08046**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtors and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtors, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-25055-MBK
Tabatha D. Cream  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Jun 09, 2021  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2021:**

**Recip ID**  **Recipient Name and Address**
db  + Tabatha D. Cream, 11 Tinker Place, Willingboro, NJ 08046-3712

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2021 at the address(es) listed below:

**Name**  **Email Address**
Albert Russo
    docs@russotrustee.com

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Joseph Gunnar Devine, Jr
    on behalf of Creditor Lakeview Loan Servicing LLC, by its servicing agent M&T Bank jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Lee Martin Perlman
    on behalf of Debtor Tabatha D. Cream ecf@newjerseybankruptcy.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 09, 2021 | Form ID: pdf903 | Total Noticed: 1 |

mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Richard Gerbino

on behalf of Creditor Lakeview Loan Servicing  LLC, by its servicing agent M&T Bank rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III

on behalf of Creditor Lakeview Loan Servicing c/o M&T Bank richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Richard James Tracy, III

on behalf of Creditor LAKEVIEW LOAN SERVICING richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10