Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 18−25055−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tabatha D. Cream
   aka Tabatha D. Washington
   11 Tinker Place
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8827

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 27, 2021.

Dated: August 27, 2021
JAN: ghm

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Tabatha D. Cream  
    Debtor

Case No. 18-25055-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Aug 27, 2021     Form ID: plncf13     Total Noticed: 53

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabatha D. Cream, 11 Tinker Place, Willingboro, NJ 08046-3712 |
| 517669217 | + | Aargon Agency, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 517771200 | | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517760990 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517669220 | + | Charles Washington, 15 Normont Lane, Willingboro, NJ 08046-1320 |
| 517669230 | + | Executive Credit Manag, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 517669231 | + | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517669239 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, MS 5-251, Coral Gables, FL 33146-1873 |
| 517768782 | + | Lakeview Loan Servicing, LLC, by its servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel, Post Office Box 840, Buffalo, NY 14240-0840 |
| 517669249 | + | Pinnacle, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517669250 | + | Pressler & Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 517669251 | + | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 517669252 | + | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 518017268 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517955338 | + | State of NJ-Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 517669256 | + | State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695-0001 |
| 517669257 | + | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-4021 |
| 517669260 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517774221 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 27 2021 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 27 2021 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517669217 | + | Email/Text: aargon@ebn.phinsolutions.com | Aug 27 2021 20:30:00 | Aargon Agency, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 517669218 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 20:46:38 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517725266 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 27 2021 20:46:44 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517669221 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2021 20:30:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2021 20:30:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517669227 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 18-25055-MBK    Doc 54    Filed 08/29/21    Entered 08/30/21 00:16:44    Desc Imaged
                                Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 27, 2021 | Form ID: plncf13 | Total Noticed: 53 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 27 2021 20:30:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 517669228 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 27 2021 20:46:57 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517669262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2021 20:46:59 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517804786 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 20:30:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517792073 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 27 2021 20:46:59 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517669229 | + | Email/Text: bknotice@ercbpo.com | Aug 27 2021 20:30:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517669233 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 27 2021 20:30:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669237 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 27 2021 20:30:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517669238 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2021 20:29:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517749734 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 20:46:23 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517669240 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 20:46:23 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517669241 | | Email/Text: camanagement@mtb.com | Aug 27 2021 20:30:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 517669242 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2021 20:30:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517730639 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2021 20:30:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517799406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2021 20:46:41 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517669254 | + | Email/Text: bankruptcy@pseg.com | Aug 27 2021 20:29:00 | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 517795724 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 20:46:24 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517752633 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 27 2021 20:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517716470 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 20:30:00 | Quantum3 Group LLC as agent for, JH Portfolio Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517791697 | | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2021 20:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517669255 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 27 2021 20:46:23 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 517800968 | + | Email/Text: bncmail@w-legal.com | Aug 27 2021 20:30:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 98121-3132 |
| 517669258 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 20:46:18 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517673490 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 27 2021 20:46:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517669259 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Aug 27 2021 20:46:17 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 517694467 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 27 2021 20:46:26 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517785038 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 27 2021 20:46:59 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517669261 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 27 2021 20:29:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517669219 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517669222 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669223 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669224 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669225 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669232 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669234 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669235 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669236 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669243 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517669244 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517669245 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517669246 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517669247 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517669248 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517669253 | *+ | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054-5020 |

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Aug 27, 2021 | Form ID: plncf13 | Total Noticed: 53

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor Lakeview Loan Servicing  LLC, by its servicing agent M&T Bank jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Tabatha D. Cream ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Richard Gerbino | on behalf of Creditor Lakeview Loan Servicing  LLC, by its servicing agent M&T Bank rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor Lakeview Loan Servicing c/o M&T Bank richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| Richard James Tracy, III | on behalf of Creditor LAKEVIEW LOAN SERVICING richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10