Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−25055−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tabatha D. Cream
   aka Tabatha D. Washington
   11 Tinker Place
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−8827

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 27, 2021.

On 9/13/2022 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:             October 26, 2022
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
   a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
   of a secure claim, such holders acceptance or rejection of the Plan before modification will
   be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
   holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
   the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 13, 2022
JAN: gan

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Tabatha D. Cream  
Debtor

Case No. 18-25055-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 4
Date Rcvd: Sep 13, 2022 | Form ID: 185 | Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tabatha D. Cream, 11 Tinker Place, Willingboro, NJ 08046-3712 |
| 517669220 | + | Charles Washington, 15 Normont Lane, Willingboro, NJ 08046-1320 |
| 517669230 | + | Executive Credit Manag, 4 Waterloo Rd, Stanhope, NJ 07874-2653 |
| 517669249 | + | Pinnacle, Po Box 130848, Carlsbad, CA 92013-0848 |
| 517955338 | + | State of NJ-Division of Taxation Bankruptcy, PO Box 245, Trenton, NJ 08695-0245 |
| 518017268 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 13 2022 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 13 2022 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517669217 | + | Email/Text: aargon@ebn.phinsolutions.com | Sep 13 2022 20:45:00 | Aargon Agency, 8668 Spring Mountain Rd, Las Vegas, NV 89117-4132 |
| 517771200 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:48 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517669218 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2022 20:45:54 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517725266 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2022 20:45:54 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517760990 | | Email/PDF: bncnotices@becket-lee.com | Sep 13 2022 20:46:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517669221 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2022 20:44:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669226 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2022 20:44:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517669227 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 13 2022 20:45:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 517669228 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2022 20:45:55 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517669262 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 13 2022 20:56:18 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |

Case 18-25055-MBK   Doc 70   Filed 09/15/22   Entered 09/16/22 00:13:32   Desc Imaged
                          Certificate of Notice   Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 13, 2022 | Form ID: 185 | Total Noticed: 53 |

| Recip ID | | Notice Type | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 517804786 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2022 20:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517792073 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2022 20:46:06 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517669229 | + | Email/Text: bknotice@ercbpo.com | Sep 13 2022 20:45:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 517669231 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 13 2022 20:46:05 | First Premier Bank, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 517669233 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 13 2022 20:44:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669237 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Sep 13 2022 20:45:00 | Jh Portfolio Debt Equities LLc, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 517669238 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 13 2022 20:44:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 517749734 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:57 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517669240 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:49 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517768782 | ^ | MEBN | Sep 13 2022 20:41:45 | Lakeview Loan Servicing, LLC, by its servicing agent M&T Bank, c/o Schiller Knapp Lefkowitz Hertzel, Post Office Box 840, Buffalo, NY 14240-0840 |
| 517669239 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 13 2022 20:44:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd, MS 5-251, Coral Gables, FL 33146-1837 |
| 517669241 | | Email/Text: camanagement@mtb.com | Sep 13 2022 20:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 517669242 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2022 20:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517730639 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 13 2022 20:45:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517799406 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2022 20:45:47 | Portfolio Recovery Associates, LLC, c/o Amazon.com, POB 41067, Norfolk VA 23541 |
| 517669250 | | Email/Text: signed.order@pfwattorneys.com | Sep 13 2022 20:44:00 | Pressler & Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 517669251 | | Email/Text: signed.order@pfwattorneys.com | Sep 13 2022 20:44:00 | Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054 |
| 517669252 | | Email/Text: signed.order@pfwattorneys.com | Sep 13 2022 20:44:00 | Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |
| 517669254 | + | Email/Text: bankruptcy@pseg.com | Sep 13 2022 20:44:00 | PSE&G Bankruptcy Department, PO Box 490, Cranford, NJ 07016-0490 |
| 517795724 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:58 | PYOD, LLC its successors and assigns as assignee, of Plains Commerce Bank, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517752633 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2022 20:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517716470 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2022 20:44:00 | Quantum3 Group LLC as agent for, JH Portfolio |

Case 18-25055-MBK    Doc 70    Filed 09/15/22    Entered 09/16/22 00:13:32    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: 185 | Total Noticed: 53 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Debt Equities LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517791697 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2022 20:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517669255 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2022 20:45:58 | Resurgent Capital Services, Po Box 10587, Greenville, SC 29603-0587 |
| 517669256 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 13 2022 20:44:00 | State of New Jersey Division of Taxation, 50 Barrack Street, Trenton, NJ 08695 |
| 517800968 | + | Email/Text: bncmail@w-legal.com | Sep 13 2022 20:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517669257 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Sep 13 2022 20:44:00 | Sunrise Credit Service, 260 Airport Plaza Blvd, Farmingdale, NY 11735-4021 |
| 517669258 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2022 20:46:03 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 517673490 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 13 2022 20:45:54 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517669259 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Sep 13 2022 20:46:03 | TMobile, PO Box 742596, Cincinnati, OH 45274 |
| 517694467 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2022 20:45:48 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517669260 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Sep 13 2022 20:44:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517774221 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 13 2022 20:44:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517785038 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2022 20:45:48 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517669261 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2022 20:44:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 47

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517669219 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517669222 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669223 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669224 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669225 | *+ | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 517669232 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669234 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669235 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669236 | * | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517669243 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517669244 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517669245 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517669246 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517669247 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517669248 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 517669253 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt & Warshaw, LLC, 7 Entin Road, Parsippany, NJ 07054 |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: Sep 13, 2022 | Form ID: 185 | Total Noticed: 53

TOTAL: 0 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022      Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
> on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
> docs@russotrustee.com

Denise E. Carlon
> on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Joseph Gunnar Devine, Jr
> on behalf of Creditor Lakeview Loan Servicing  LLC, by its servicing agent M&T Bank jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Kevin Gordon McDonald
> on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lee Martin Perlman
> on behalf of Debtor Tabatha D. Cream ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com

Richard Gerbino
> on behalf of Creditor Lakeview Loan Servicing  LLC, by its servicing agent M&T Bank rgerbino@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Richard James Tracy, III
> on behalf of Creditor Lakeview Loan Servicing c/o M&T Bank richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

Richard James Tracy, III
> on behalf of Creditor LAKEVIEW LOAN SERVICING richard.tracy.iii@gmail.com tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10